IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REGINALD W SMITH,

    Plaintiff,

v.                               CASE NO. 4:10-cv-576-RH-GRJ

ATTORNEY GENERAL
OF FLORIDA,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

    Plaintiff initiated this case on December 22, 2010, by filing a document construed as a civil rights complaint (Doc. 1). Plaintiff stated that he was challenging the constitutionality of three Florida statutes, but he failed to assert any basis for the exercise of federal jurisdiction. Plaintiff did not use the Court's form for civil rights cases, and neither paid the $350.00 filing fee nor moved for leave to proceed as a pauper. In view of these deficiencies, this Court ordered Plaintiff to show cause on or before May 6, 2011, as to why the case should not be dismissed for failure to prosecute and for lack of jurisdiction (Doc. 3). Plaintiff has failed to respond to this Court's order to show cause.

    Accordingly, for these reasons, it is respectfully **RECOMMENDED** that this cause should be **DISMISSED** for failure to prosecute and for failure to comply with a court order.

    **IN CHAMBERS** at Gainesville, Florida, this 30th day of August, 2011.

                                          *s/ Gary R. Jones*
                                          GARY R. JONES
                                          United States Magistrate Judge

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.