IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REGINALD W. SMITH,

    Plaintiff,

v.                      CASE NO.   4:10cv576-RH/GRJ

ATTORNEY GENERAL OF FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is DISMISSED for failure to abide by an order of the court and failure to prosecute."  The clerk must close the file.

SO ORDERED on September 29, 2011.

                                        Robert L. Hinkle
                                        United States District Judge